# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2806

_____

| | | |
|---|---|---|
| Raphael Mendez, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Federal Bureau of Prisons; Harrell | * | |
| Watts, Administrator, National Inmate | * | [UNPUBLISHED] |
| Appeals, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 12, 2010
Filed: November 17, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Raphael Mendez, an involuntarily committed federal detainee who is confined at the Federal Medical Center in Rochester, Minnesota, appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful review, we conclude that Mendez is not entitled to habeas relief for the reasons relied

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, Chief United States Magistrate Judge for the District of Minnesota.

upon by the district court.  <u>See</u> <u>Mitchell v. U.S. Parole Comm'n</u>, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam) (standard of review).  We also find Mendez's allegations of judicial bias to be meritless.  <u>See</u> <u>Liteky v. United States</u>, 510 U.S. 540, 555 (1994).  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____